IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-25-131 |
| | * | |
| SANTOS ISOEL | * | |
| CABALLERO-JONES, | * | |
| | * | |
| Defendant | * | |

*******

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Indictment (ECF No. 1) in the above-captioned case, the Defendant having been removed from the United States on or about July 10, 2025.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Alex Kalim
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4850
Alex.Kalim@usdoj.gov

It is so ORDERED, this _____ day of August 2025. The Indictment (ECF 1) charging the above-captioned Defendant in the above captioned matter is hereby dismissed without prejudice.

_____
Honorable James K. Bredar
United States District Judge